JOSEPH MARKOWSKY, an Infant, etc., Respondent, v. WILLIAM M. MOORE & SON, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

COHEN BROS. MFG. Co., INC., Respondent, v. AMERICAN BEMBERG CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SPEAR BOX Co., INC., Appellant, v. CHARLES A. FOX BOX Co., INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JOSEPH SCHECTER v. LOUIS ZUCKER and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

WALTER CARNECKY v. JAMES GORMAN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed so that the appeal can be argued on the 9th day of May, 1929, for which day it must be noticed. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

712 HOLDING CORPORATION v. GREELEY BUILDING Co., INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

NATIONAL SURETY COMPANY v. ALCOHOL WAREHOUSE CORPORATION and Others, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE ROYAL BANK OF CANADA v. HAL H. WILLIAMS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

BENJAMIN STERN v. BENJAMIN STEIN and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SAMUEL L. DOBKIN v. OLGA I. HOPPE.— Motion to dismiss appeal denied, with leave to renew if appellant does not procure record on appeal and appellant's points to be filed so that appeal can be argued on or before the 10th day of May, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ROBERT K. TAYLOR v. ANDREW D. MELOY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure proposed case on appeal to be served on or before the 28th day of May, 1929, and furnish security for costs required by the order entered January 25, 1929, within five days from service of order with notice of entry thereof. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.